```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    SEHILA K. OBERTO
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4000
```

FILED
SEP 11 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCHES OF:               )   S.W. NO.
1: . 07 SW 00169  SMS                            )
                                                 )   **UNDER SEAL**
8200 Stockdale Highway # K4                      )
Bakersfield, California 93311                    )   ORDER SEALING SEARCH WARRANT
1: . 07 SW 00167  SMS                            )   AFFIDAVITS
3700 Gosford Road Suite C                        )
Bakersfield, California 93309                    )
1: . 07 SW 00174  SMS                            )
12504 Crown Crest Drive                          )
Bakersfield, California 93311                    )
1: . 07 SW 00173  SMS                            )
10509 New Quay Court                             )
Bakersfield, California 93311                    )
1: . 07 SW 00172  SMS                            )
12716 Crown Crest Drive                          )
Bakersfield, California 93311                    )
1: . 07 SW 00179  SMS                            )
5208 Glacier Canyon Court                        )
Bakersfield, California 93313                    )
1: . 07 SW 00178  SMS                            )
12403 Crown Crest Drive                          )
Bakersfield, California 93311                    )
1: . 07 SW 00168  SMS                            )
11503 Walderi Street                             )
Bakersfield, California 93311                    )
1: . 07 SW 00171  SMS                            )
11719 Covent Gardens Drive                       )
Bakersfield, California 93311                    )
1: . 07 SW 00170  SMS                            )
4500 California Avenue Suite #209                )
Bakersfield, California 93309                    )
1: . 07 SW 00175  SMS                            )
12004 Bedfordshire Drive,                        )
Bakersfield, California 93311                    )
1: . 07 SW 00176  SMS                            )
11911 Crockett Court,                            )
Bakersfield, California                          )
1: . 07 SW 00177  SMS                            )
10800 Stratton Court,                            )
Bakersfield, California                          )
                                                 )
                                                 )
                                                 )

                                        1

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court <u>in</u> <u>camera</u>, under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: 9/11/07

SANDRA M. SNYDER
U.S. Magistrate Judge