

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
              IN THE UNITED STATES DISTRICT COURT FOR THE
 6
                    EASTERN DISTRICT OF CALIFORNIA
 7
    IN THE MATTER OF:              )   07-SW-00169   SMS
 8                                 )   07-SW-00167   SMS
    8200 Stockdale Highway, #K4    )   07-SW-00174   SMS
 9  Bakersfield, California 93311  )   07-SW-00173   SMS
                                   )   07-SW-00172   SMS
10  3700 Gosford Road, Suite C     )   07-SW-00179   SMS
    Bakersfield, California 93309  )   07-SW-00178   SMS
11                                 )   07-SW-00168   SMS
    12504 Crown Crest Drive        )   07-SW-00171   SMS
12  Bakersfield, California 93311  )   07-SW-00175   SMS
                                   )   07-SW-00176   SMS
13  10509 New Quay Court           )   07-SW-00177   SMS
    Bakersfield, California 93311  )
14                                 )   ORDER TO UNSEAL SEARCH WARRANT
    12716 Crown Crest Drive        )   AFFIDAVIT AND WARRANTS
15  Bakersfield, California 93311  )
                                   )
16  5208 Glacier Canyon Court      )
    Bakersfield, California 93313  )
17                                 )
    12403 Crown Crest Drive        )
18  Bakersfield, California 93311  )
                                   )
19  11503 Walderi Street           )
    Bakersfield, California 93311  )
20                                 )
    11713 Covent Gardens Drive     )
21  Bakersfield, California 93311  )
                                   )
22  4500 California Avenue, Ste 209)
    Bakersfield, California 93309  )
23                                 )
    12004 Bedfordshire Drive       )
24  Bakersfield, California 93311  )
                                   )
25  11911 Crockett Court           )
    Bakersfield, California        )
26                                 )
    10800 Strattong Court          )
27  Bakersfield, California        )
                                   )
28
                                  1
```

1  The search warrant affidavit in this case having been sealed
2  by Order of its Court on September 11, 2007, and it appearing that
3  the affidavit and warrant are not required to remain secret based
4  upon the motion submitted by the government,

5  IT IS HEREBY ORDERED that the search warrant affidavits and
6  warrants be unsealed and made public record.

DATED: Aug. 10, 2011

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER